IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:08CR093-WHR |
| v. | : | |
| **JOHN D. BRAY** | : | ORDER FOR DISMISSAL OF INDICTMENT |
| | : | |

- - - - - - - - - - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Indictment filed with the Court in the above captioned case on July 19, 2008 as to **JOHN D. BRAY** is hereby dismissed without prejudice.

DATE: 4.10.12

WALTER H. RICE
U.S. District Court Judge